UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

QINETIQ LIMITED

                Plaintiff(s),

v.

OCLARO INC.

                Defendant(s).

CASE NO. 4:10-CV-00080-SBA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓   Private ADR *(please identify process and provider)*   MEDIATION
PROVIDER TO BE DETERMINED

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓   other requested deadline  September 1, 2010

Dated: 03/25/2010

                                              James S. Blank
                                            Attorney for Plaintiff

Dated: 03/25/2010

                                              Wayne Stacy
                                            Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- ✓ Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- ✓ other   September 1, 2010

IT IS SO ORDERED.

Dated: 4/2/10

_Sandra B. Armstrong_
UNITED STATES DISTRICT    JUDGE

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1999 Avenue of the Stars, Suite 1700, Los Angeles, California 90067.

On March 26, 2010, I served the foregoing documents entitled:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

__X__   via the CM/ECF system of the United States District Court, Central District of California on the following addressee(s):

| | |
|---|---|
| James S. Blank<br>Soumitra Deka<br>Stephen J. Elliott<br>Tzung-Lin Fu<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | Thomas J. Friel, Jr.<br>Wayne O. Stacey<br>Cooley Godward Kronish LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>(415) 693-3000<br>tfriel@cooley.com<br>wstacy@cooley.com |
| David Ellis Moore<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>dmoore@potteranderson.com | |

__X__   via U.S. MAIL on the following addressee(s) (I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.)

| | |
|---|---|
| Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000 | Carolyn V. Juarez<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO 80021<br>(720) 566-4000 |

KAYE SCHOLER LLP

```
1   Thomas C. Grimm
    Morris, Nichols, Arsht & Tunnell
2   1201 North Market Street
    P.O. Box 1347
3   Wilmington, DE 19899
    (302) 658-9200
4
```

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 26, 2010 at Los Angeles, California.

/s/Kenneice Tolliver
Kenneice Tolliver

23283128.DOCX                              PROOF OF SERVICE