1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

6  QINETIQ LIMITED,

7              Plaintiff,

8        v.

9  OCLARO, INC.,

10             Defendant.

11
12 AND RELATED COUNTERCLAIMS

Case No.  4:10-cv-00080-SBA

**ORDER GRANTING STIPULATION TO FILE AMENDED COMPLAINT**

**DOCKET 54**

13    Good cause appearing,

14    IT IS HEREBY ORDERED THAT the parties' stipulation for leave to permit Plaintiff to
15 file an amended complaint is GRANTED.  Plaintiff shall file its amended complaint within five
16 (5) days from the date this Order is filed.  In accordance with the parties' stipulation, the Court
17 approves the revised case management schedule (attached to the stipulation as Exhibit B), as
18 modified and set forth below.

| EVENT | Current Date | Amended Date |
|---|---|---|
| Initial Case Management Conference | April 21, 2010 | N/A |
| Disclosure of Asserted Claims and Preliminary Infringement Contentions and Materials Identified in Patent L.R. 3-1 and 3-2 | May 5, 2010 | N/A |
| Disclosure of Preliminary Invalidity Contentions and Materials Identified in Patent L.R. 3-3 and 3-4 | June 21, 2010 | September 20, 2010 |
| Exchange of Proposed Terms for Claim Construction and last Date for Meet and Confer (Patent L.R. 4-1) | July 7, 2010 | October 5, 2010 |

**AMENDED CASE MANAGEMENT SCHEDULING ORDER (4:10-CV-00080-SBA)**

| EVENT | Current Date | Amended Date |
|---|---|---|
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | July 26, 2010 | October 25, 2010 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | August 20, 2010 | November 18, 2010 |
| Last Day to Amend Pleadings and to Add Parties | September 10, 2010 | September 10, 2010 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | September 20, 2010 | December 20, 2010 |
| Plaintiff's Opening Claim Construction Brief (Patent L.R. 4-5(a)) | October 4, 2010 | January 4, 2011 |
| Defendants' Responsive Claim Construction Brief (Patent L.R. 4-5(b)) | October 18, 2010 | January 17, 2011 |
| Plaintiff's Reply Claim Construction Brief (Patent L.R. 4-5(c)) | October 25, 2010 | January 24, 2011 |
| Claim Construction Hearing (Patent L.R. 4-6) and Tutorial | November 17, 2010 at 9:00 AM | **March 2, 2011 at 9:00 a.m.** |
| Case Management Conference | November 17, 2010 to follow the Claim Construction Hearing | **March 2, 2011 at 9:00 a.m.**  Joint case management statement to be filed at least ten days prior to hearing. |

IT IS SO ORDERED.

Dated: June 21, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge