1  Willam S. Coats (State Bar No. 94864)
   william.coats@kayescholer.com
2  Taryn Lam (State Bar No. 236124)
   taryn.lam@kayescholer.com
3  KAYE SCHOLER LLP
   275 Middlefield Road, Suite 205
4  Menlo Park, California 94025
   Telephone: (650) 319-4500
5  Facsimile: (650) 319-4700

6  James S. Blank (*pro hac vice*)
   jblank@kayescholer.com
7  Stephen J. Elliott (*pro hac vice*)
   selliott@kayescholer.com
8  KAYE SCHOLER LLP
   425 Park Avenue, 8th Floor
9  New York, NY 10022
   Telephone: (212) 836-7528
10 Facscimile: (212) 836-6507

11 Attorneys for Plaintiff and Counter-Defendant
   QINETIQ LIMITED

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| QINETIQ LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OCLARO INC.,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:10-cv-00080-SBA (EMC)<br><br>**STIPULATION AND [P~~ROPO~~SED]**<br>**ORDER FOR LEAVE TO AMEND**<br>**INFRINGEMENT CONTENTIONS** |

STIPULATION AND PROPOSED ORDER　　　　　　　　　Case No. 4:10-cv-00080-SBA (EMC)

Plaintiff QinetiQ Limited ("QinetiQ") and Defendant Oclaro Inc. ("Oclaro"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS,** on June 28, 2010, QinetiQ filed its Motion for Leave to Amend Infringement Contentions (the "Motion");

**WHEREAS,** the Motion seeks the Court's adjudication of the parties' disputes concerning the following issues relating to QinetiQ's Infringement Contentions:

Issue No. 1:  Whether QinetiQ was required to disclose in its Infringement Contentions the claim limitations in the patents-in-suit that it contends are governed by 35 U.S.C. § 112(6).

Issue No. 2:  Whether QinetiQ properly reserved in its Infringement Contentions its right to assert infringement under the doctrine of equivalents.

Issue No. 3:  Whether QinetiQ was required to disclose dates of conception and reduction to practice in its Infringement Contentions.

Issue No. 4:  To the extent that the Court finds any deficiencies in QinetiQ's Infringement Contentions relating to (1), (2) or (3) above, whether QinetiQ should be granted leave to amend its Infringement Contentions to address them.

Issue No. 5:  Whether QinetiQ should be granted leave to amend its infringement contentions to include disclosure of certain experimental apparatus and prototypes used to reduce to practice the inventions claimed in the patents-in-suit.

**WHEREAS,** The parties have reached a mutually agreeable resolution of Issue Nos. 1 through 4 that moots those Issues and obviates the need for Court intervention regarding Issue Nos. 1 through 4;

**WHEREAS,** via a letter dated July 21, 2010, QinetiQ provided Oclaro with QinetiQ's proposed amendment with respect to Issue No. 5 (the "Proposed Amendment");

**WHEREAS,** Oclaro does not oppose QinetiQ's amendment of its Infringement Contentions to reflect the Proposed Amendment;

**THEREFORE,** the parties hereby stipulate to QinetiQ's amendment of its Infringement Contentions to change its Patent Local Rule 3-1(g) contention to the following:

"QinetiQ reserves the right to rely on the assertion that the following apparatus, product, device, process, method, act or other instrumentality incorporates or reflects the identified claim:

| Apparatus, Product, Device, Process, Method, Act or Other Instrumentality | Claims |
|---|---|
| Apparatus, products, devices, processes, methods and activities identified and described at QPROD0001429-33, QPROD001439-40, QPROD0001459-1522 and QPROD0002076-2082 | '625 Patent, Claim 1 |
| Apparatus, products, devices, processes, methods and activities identified and described at QPROD0001611-25 and QPROD0001459-1522 | '625 Patent, Claims 4, 5, and 7 |
| Apparatus, products, devices, processes, methods and activities identified and described at QPROD0001434-38, QPROD0001459-1522, QPROD0001633-40, and QPROD0002082-84 | '698 Patent, Claims 1, 2, 3, 4, 11, 21, 22, 23, 24, 25, 26, and 27 |
| Apparatus, products, devices, processes, methods and activities identified and described at QPROD0001434-38, QPROD0001459-1522 and QPROD0001633-40 | '698 Patent, Claims 16 and 17 |
| Apparatus, products, devices, processes, methods and activities identified and described at QPROD0001434-38, QPROD0001459-1522 and QPROD0001633-40 | '698 Patent, Claims 5, 6 and 9 |
| Apparatus, products, devices, processes, methods and activities identified and described at QPROD0001434-38, QPROD0001459-1522, QPROD0001633-40 and QPROD0001913-18 | '354 Patent, claims 1, 2, 3, 5, 6 and 7 |

**IT IS HEREBY STIPULATED**.

Dated: August 18, 2010          KAYE SCHOLER LLP

By: /s/ Taryn Lam
       Taryn Lam

Attorneys for Plaintiff and Counter-Defendant
QINETIQ LIMITED

2

Dated: August 18, 2010                           COOLEY LLP

                                                 By:   /s/ Orion Armon
                                                    Orion Armon (*pro hac vice*)

                                                 Attorneys for Defendant and Counterclaimant
                                                 OCLARO INC.

**PURSUANT TO STIPULATION IT IS SO ORDERED:**   The 9/8/10 and 9/29/10 hearing dates are vacated.

Dated:  8/19/10

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

**ATTESTATION CLAUSE**

I, Taryn Lam, hereby attest in accordance with General Order No. 45.X(B) that Orion Armon, counsel for Defendant and Counterclaimant Oclaro Inc., has provided his concurrence with the electronic filing of the foregoing document entitled STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS.

Dated: August 18, 2010                           By:   /s/ Taryn Lam
                                                    Taryn Lam

3

STIPULATION AND PROPOSED ORDER                  Case No. 4:10-cv-00080-SBA (EMC)