1  William Sloan Coats (State Bar No. 94864)
   william.coats@kayescholer.com
2  Taryn Lam (State Bar No. 236124)
   taryn.lam@kayescholer.com
3  KAYE SCHOLER LLP
   275 Middlefield Road, Suite 205
4  Menlo Park, California 94025
   Telephone: (650) 319-4500
5  Facsimile: (650) 319-4700

6  James S. Blank (*pro hac vice*)
   jblank@kayescholer.com
7  Stephen J. Elliott (*pro hac vice*)
   selliott@kayescholer.com
8  KAYE SCHOLER LLP
   425 Park Avenue, 8th Floor
9  New York, NY 10022
   Telephone: (212) 836-7528
10 Facscimile: (212) 836-6507

11 Attorneys for Plaintiff and Counter-Defendant
   QINETIQ LIMITED

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| QINETIQ LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OCLARO INC.,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:10-cv-00080-SBA (EMC)<br><br>**STIPULATION AND ORDER TO EXTEND ADR DEADLINE** |

Plaintiff QinetiQ Limited ("QinetiQ") and Defendant Oclaro Inc. ("Oclaro"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS,** on April 5, 2010, pursuant to the parties' stipulation, the Court issued an Order setting September 1, 2010 as the deadline for the parties to hold their private Alternative Dispute Resolution (ADR) session (Dkt. No. 45);

**WHEREAS,** on June 21, 2010, pursuant to the parties' stipulation, the Court issued an Order modifying the case management schedule and extending the case deadlines set forth therein by 90 days (Dkt. No. 56);

**WHEREAS,** the Court's June 21, 2010 Order did not affect the parties' September 1, 2010 ADR deadline;

**WHEREAS**, the parties have identified and agreed to a provider for their private ADR session (the "Provider"), who has indicated that he is unavailable until late November;

**WHEREAS**, QinetiQ and Oclaro have scheduled the private ADR session with the Provider for December 1, 2010;

**WHEREAS,** the parties have not previously stipulated to continue the private ADR deadline;

**WHEREAS**, this Stipulation does not modify or otherwise affect any other deadlines in the present action;

**THEREFORE,** the parties hereby stipulate that the deadline for QinetiQ and Oclaro to hold their private ADR session shall be extended to, and including, December 1, 2010.

**IT IS HEREBY STIPULATED**.

Dated:  September 1, 2010            KAYE SCHOLER LLP

                                     By:    /s/ Taryn Lam
                                          Taryn Lam

                                     Attorneys for Plaintiff and Counter-Defendant
                                     QINETIQ LIMITED

1

Stipulation and [Proposed] Order                Case No. 4:10-cv-00080-SBA (EMC)

Dated: September 1, 2010                COOLEY LLP

                                        By:    /s/ Orion Armon
                                            Orion Armon (*pro hac vice*)

                                        Attorneys for Defendant and Counterclaimant
                                        OCLARO INC.

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Dated: 9/1/10

_____
The Honorable Saundra Brown Armstrong
United States District Judge