UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QINETIQ LIMITED,<br><br>        Plaintiff,<br><br>  v.<br><br>OCLARO, INC.,<br><br>        Defendant. | Case No. C 10-00080 SBA<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Docket 83 |
| AND RELATED COUNTERCLAIMS | |

    Good cause appearing,

    IT IS HEREBY ORDERED THAT Plaintiff Qinetiq Ltd.'s administrative motion to seal documents (Docket 83) is GRANTED. Plaintiff shall e-file its documents in accordance with General Order No. 62.

    IT IS SO ORDERED.

Dated: September 9, 2010

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge