1  William Sloan Coats (State Bar No. 94864)
william.coats@kayescholer.com
2  Peter E. Root (State Bar No. 142348)
peter.root@kayescholer.com
3  Taryn Lam (State Bar No. 236124)
taryn.lam@kayescholer.com
4  KAYE SCHOLER LLP
275 Middlefield Road, Suite 205
5  Menlo Park, California  94025
Telephone:  (650) 319-4500
6  Facsimile:  (650) 319-4700

7  James S. Blank (*pro hac vice*)
jblank@kayescholer.com
8  Stephen J. Elliott (*pro hac vice*)
selliott@kayescholer.com
9  KAYE SCHOLER LLP
425 Park Avenue, 8th Floor
10  New York, NY  10022
Telephone:  (212) 836-7528
11  Facsimile:  (212) 836-6507

12  Attorneys for Plaintiff and Counter-Defendant
QINETIQ LIMITED

13

14

15                   **UNITED STATES DISTRICT COURT**

16            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17                         **OAKLAND DIVISION**

18  QINETIQ LIMITED,                    )   Case No. 4:10-cv-00080-SBA (EMC)
                                        )
19          Plaintiff,                  )   **ORDER GRANTING PLAINTIFF**
                                        )   **QINETIQ LIMITED'S AND**
20      v.                              )   **DEFENDANT OCLARO INC.'S**
                                        )   **ADMINISTRATIVE MOTIONS TO FILE**
21  OCLARO INC.,                        )   **UNDER SEAL**
                                        )
22          Defendant.                  )
                                        )
23  _____ )
                                        )
24  AND RELATED COUNTERCLAIMS           )
                                        )
25  _____ )

26

27

28

KAYE SCHOLER LLP

[Proposed] Order Granting Motions to Seal                    Case No. 4:10-cv-00080-SBA (EMC)

1

2     The Court, having considered:  (1) Plaintiff QinetiQ Limited's Administrative Motion to

3 File Under Seal ("Plaintiff's Administrative Motion") its Exhibit A to QinetiQ's Request for

4 Judicial Notice and Declaration of Stephen J. Elliott in Support of Plaintiff QinetiQ Limited's

5 Reply in Support of Motion to Dismiss Oclaro Inc.'s Tenth Counterclaim and Motion to Strike

6 ("Second RJN"); (2) Defendant Oclaro Inc.'s Administrative Motion to File Under Seal

7 ("Defendant's Administrative Motion") Exhibits 1-2, 4-18, and 20-24 to the Armon Declaration

8 in Support of Defendant Oclaro Inc.'s Response in Opposition to QinetiQ Limited's Motion to

9 Dismiss or Strike Oclaro's Tenth Counterclaim ("Armon Declaration"); and (3) the Declaration

10 of Stephen J. Elliott in support of both Administrative Motions, and finding good cause therefore,

11 rules as follows:

12     **IT IS HEREBY ORDERED** that Plaintiff's Administrative Motion and Defendant's

13 Administrative Motions are GRANTED.  Exhibit A to the Second RJN and Exhibits 1-2, 4-18,

14 and 20-24 to the Armon Declaration shall be e-filed under seal in accordance with General Order

15 No. 62.

16

17     **IT IS SO ORDERED.**

18

19

20 Dated: _10/20/10                          _____

21                                           Hon. Saundra Brown Armstrong
                                            United States District Judge

22

23

24

25

26

27

28

1

[Proposed] Order Granting Motions to Seal                    Case No. 4:10-cv-00080-SBA (EMC)