1  Willam S. Coats (State Bar No. 94864)
   william.coats@kayescholer.com
2  Peter E. Root (State Bar No. 142348)
   peter.root@kayescholer.com
3  Taryn Lam (State Bar No. 236124)
   taryn.lam@kayescholer.com
4  KAYE SCHOLER LLP
   275 Middlefield Road, Suite 205
5  Menlo Park, California  94025
   Telephone:  (650) 319-4500
6  Facsimile:  (650) 319-4700

7  James S. Blank (*pro hac vice*)
   jblank@kayescholer.com
8  Stephen J. Elliott (*pro hac vice*)
   selliott@kayescholer.com
9  KAYE SCHOLER LLP
   425 Park Avenue, 8th Floor
10 New York, NY  10022
   Telephone:  (212) 836-7528
11 Facscimile:  (212) 836-6507

12 Attorneys for Plaintiff and Counter-Defendant
   QINETIQ LIMITED

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| QINETIQ LIMITED,<br><br>         Plaintiff,<br><br>    v.<br><br>OCLARO INC.,<br><br>         Defendant.<br>_____<br><br>AND RELATED COUNTERCLAIMS<br>_____ | Case No. 4:10-cv-00080-SBA (EMC)<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PARTIES' EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE PURSUANT TO PATENT L.R. 4-2** |

Plaintiff QinetiQ Limited ("QinetiQ") and Defendant Oclaro Inc. ("Oclaro"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on June 21, 2010, this Court approved and entered a revised case management schedule (Dkt. No. 56) for the parties' compliance with the obligations and deadlines imposed in the Patent Local Rules ("Scheduling Order");

**WHEREAS**, pursuant to the Scheduling Order and Patent L.R. 4-1, the parties exchanged their proposed terms for claim construction on October 5, 2010;

**WHEREAS**, the Scheduling Order sets October 25, 2010 as the deadline for the parties to exchange their respective preliminary claim constructions and extrinsic evidence pursuant to Patent L.R. 4-2;

**WHEREAS**, Oclaro and QinetiQ have agreed to extend the October 25, 2010 deadline by one day to October 26, 2010;

**WHEREAS**, the proposed extension until October 26, 2010 is consistent with Patent L.R. 4-2(a), which provides for the exchange of preliminary claim constructions and extrinsic evidence within 21 days after the exchange of the Patent L.R. 4-1 list of proposed terms;

**WHEREAS**, the proposed extension until October 26, 2010 will not alter the date of any event or any other deadline already fixed by Court order:

**IT IS HEREBY STIPULATED** that, pursuant to Civil Local Rule 6-1(a), the parties shall have up to and including October 26, 2010 to exchange preliminary claim constructions and extrinsic evidence pursuant to Patent L.R. 4-2.

Dated:  October 22, 2010                                KAYE SCHOLER LLP

By:     /s/ Taryn Lam
         Taryn Lam

Attorneys for Plaintiff and Counter-Defendant
QINETIQ LIMITED

1

Dated: October 22, 2010

COOLEY GODWARD KRONISH LLP

By: /s/ Orion Armon
    Orion Armon (*pro hac vice*)

Attorneys for Defendant and Counterclaimant OCLARO INC.

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Dated: 10/26/10

_____
The Honorable Saundra Brown Armstrong
United States District Judge

**ATTESTATION CLAUSE**

    I, Taryn Lam, hereby attest in accordance with General Order No. 45.X(B) that Orion Armon, counsel for Defendant and Counterclaimant Oclaro Inc., has provided his concurrence with the electronic filing of the foregoing document entitled STIPULATION FOR EXTENSION OF TIME FOR PARTIES' EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE PURSUANT TO PATENT L.R. 4-2.

Dated: October 22, 2010

By: /s/ Taryn Lam
    Taryn Lam