COOLEY LLP
THOMAS J. FRIEL, JR. (STATE BAR NO. 80065)
tfriel@cooley.com
101 California Street, 5th Floor
San Francisco, Ca  94111-5800
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

WAYNE O. STACY (*pro hac vice*)
wstacy@cooley.com
ORION ARMON (*pro hac vice*)
oarmon@cooley.com
CAROLYN V. JUAREZ (*pro hac vice*)
cjuarez@cooley.com
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:    (720) 566-4000
Facsimile:     (720) 566-4099

Attorneys for Defendant
OCLARO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QINETIQ LIMITED,<br><br>              Plaintiff,<br><br>     v.<br><br>OCLARO, INC.,<br><br>              Defendant. | Case No.  4:10-cv-00080-SBA |
| AND RELATED COUNTERCLAIMS | |

## ORDER

The Court, having considered Plaintiff QinetiQ, Limited's Administrative Motion to File Under Seal and Defendant Oclaro, Inc's supporting declaration, and finding good cause therefore, rules as follows:

**IT IS HERBY ORDERED** that Plaintiff's Administrative Motion is GRANTED. Exhibit B to the Declaration of James S. Blank in support of Plaintiff QinetiQ Limited's Memorandum in Opposition to Oclaro, Inc.'s Civ. L.R. 7-11 Administrative Motion for Leave to Designate Additional Terms for Claim Construction, shall be filed under seal.

**IT IS SO ORDERED.**

Dated: 11/16/10               _Sandra B. Armstrong_
                              United States District Judge Armstrong