COOLEY LLP
THOMAS J. FRIEL, JR. (STATE BAR NO. 80065)
tfriel@cooley.com
101 California Street, 5th Floor
San Francisco, Ca  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

WAYNE O. STACY (*pro hac vice*)
wstacy@cooley.com
ORION ARMON (*pro hac vice*)
oarmon@cooley.com
CAROLYN V. JUAREZ (*pro hac vice*)
cjuarez@cooley.com
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:     (720) 566-4000
Facsimile:      (720) 566-4099

Attorneys for Defendant
OCLARO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QINETIQ LIMITED,<br><br>          Plaintiff,<br><br>     v.<br><br>OCLARO, INC.,<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.  4:10-cv-00080-SBA<br><br>**JOINT NOTICE OF SETTLEMENT** |

QinetiQ Ltd. and Oclaro, Inc. have settled all of the claims and counterclaims asserted between them in this litigation.  The parties will file a joint motion to dismiss the litigation with prejudice within the next thirty days.

1 | Dated: December 6, 2010

2 | QINETIQ LIMITED | COOLEY LLP
3 | JAMES S. BLANK (*pro hac vice*) | ORION ARMON (*pro hac vice*)

4 |

5 | /s/ *James S. Blank* | /s/ *Orion Armon*
  | James S. Blank | Orion Armon
  | Attorneys for Plaintiff | Attorneys for Defendant
6 | QINETIQ LIMITED | OCLARO, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December, 2010, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James S. Blank
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
*jblank@kayescholer.com*

Taryn Lam
Kaye Scholer LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025
*taryn.lam@kayescholer.com*

Soumitra Deka
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
*sdeka@kayescholer.com*

Stephen J. Elliott
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
*selliott@kayescholer.com*

William S. Coats, III
Kaye Scholer LLP
275 Middlefield road, Se 205
Menlo Park, CA  94025
*william.coats@kayescholer.com*

Peter E. Root
Kaye Scholer LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025
*peter.root@kayescholer.com*

                                                                        */s/ Orion Armon*

348728 v1/CO

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
BROOMFIELD

3.